# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KELEI T. JONES,                                                                                           PLAINTIFF
ADC #552818

v.                                          4:20CV01287-BSM-JTK

DEXTER PAYNE, et al.                                                                                 DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Jones filed this pro se 42 U.S.C. § 1983 action on October 28, 2020, while incarcerated as a state inmate at the East Arkansas Regional Unit of the Arkansas Division of Correction. (Doc. No. 2)

On February 8, 2021, Defendants filed a Motion for Partial Summary Judgment on the issue of exhaustion, and on March 3, 2021, this Court directed Plaintiff to respond within fifteen days of the date of the Order. (Doc. Nos. 26, 29) The Court then granted Plaintiff's Motions to extend time in which to respond, and directed that his response be

filed by April 30, 2021. (Doc. Nos. 31, 33) The copy of the April 2, 2021 Order was returned to the Court as undeliverable on April 30, 2021, with a notation that Plaintiff was paroled. (Doc. No. 36)

On April 30, 2021, the Court then directed Plaintiff to notify the Court of his current address and his intent to continue prosecution with this action within thirty days of the date of the Order. (Doc. No. 37)  The Court further advised him that failure to respond could result in the dismissal without prejudice of this lawsuit, for failure to prosecute. (Id.) The copy of that Order was returned to the Court as undeliverable on May 10, 2021. (Doc. No. 39) As of this date, Plaintiff has not filed a Response to the Motion, or notified the Court of his new address. as directed in the Court's April 30, 2021 Order.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Accordingly,

IT IS, THEREFORE, RECOMMENDED that:

1.	Plaintiff's Complaint be DISMISSED without prejudice.

2.   Defendants' Motion for Partial Summary Judgment be DENIED without prejudice.

IT IS SO ORDERED this 3rd day of June, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE