IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELEI T. JONES,**                                                                                 **PLAINTIFF**
**ADC #552818**

v.                       **CASE NO. 4:20-CV-01287-BSM**

**DEXTER PAYNE,** *et al.*                                                       **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 40] is adopted. Kelei Jones has failed to file a notice of his current mailing address, and the time to do so has expired. *See* Doc. No. 37. Jones's mail has repeatedly been returned as undelivered, with no forwarding address. *See* Doc. Nos. 36, 39, and 41. Therefore, this suit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). Defendants' motion for partial summary judgment [Doc. No. 26] is denied as moot.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE