IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELEI T. JONES,**                                                                                 **PLAINTIFF**
**ADC #552818**

**v.**                         **CASE NO. 4:20-CV-01287-BSM**

**DEXTER PAYNE,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of June, 2021.

                                                                               _/s/ Brian S. Miller_
                                                                           UNITED STATES DISTRICT JUDGE